MONSANTO COMPANY,
Plaintiff–Appellant,

v.

SYNGENTA CROP PROTECTION,
INC., Defendant–Appellee.

No. 2008–1232.

United States Court of Appeals,
Federal Circuit.

May 30, 2008.

Susan K. Knoll, Richard L. Stanley, Steven G. Spears, Michelle C. Replogle, Howrey LLP, Houston, TX, for Plaintiff–Appellant.

Michael J. Flibbert, Herbert H. Mintz, Michael J. Leib Jr., Finnegan, Henderson, Farabow, Washington, DC, for Defendant–Appellee.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).